UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY SEIP, | ) |
| | ) CASE NO. C12-0388-RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| KING COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff has filed a request to proceed *in forma pauperis* (IFP) in this case. (Dkt. 1.) It appears from plaintiff's application that he has adequate resources to pay the filing fee. He is currently working, has no dependants, and has some funds in checking and savings accounts. The undersigned, therefore, recommends that plaintiff's IFP application be DENIED and plaintiff directed to pay the filing fee within thirty days.

The Court also advises plaintiff that his cause of action does not appear to be cognizable in this Court and is likely to be dismissed. Before proceeding with his matter by paying a filing fee, plaintiff is strongly encouraged to consult with an attorney about the appropriate venue for pursuing the issues described in the proposed complaint.

01     A proposed order accompanies this Report and Recommendation.

02     DATED this 9th day of March, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2