01

02

03

04

05

06        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08   LARRY SEIP,                          )
                                          )   CASE NO. C12-0388-RSM
09          Plaintiff,                    )
                                          )
10      v.                                )
                                          )
                                          )   ORDER DENYING IN FORMA
11   KING COUNTY, et al.,                 )   PAUPERIS APPLICATION
                                          )
12          Defendants.                   )
     _____    )
13

14          Plaintiff Larry Siep, proceeding *pro se,* filed this action "to find out if [he is] the father

15   of Alexander Wells."   *See* Dkt. No. 1, p. 1.   Plaintiff initiated the action by filing a motion for

16   leave to proceed *in forma pauperis*.   The Honorable Mary Alice Theiler, United States

17   Magistrate Judge, reviewed Plaintiff's motion for *in forma pauperis* status and recommended

18   that the motion be denied.   Dkt. No. 3.   Shortly after Judge Theiler filed her recommendation,

19   Plaintiff paid the $350 civil filing fee.   Plaintiff also filed a "Motion of Response and

20   Objection" to the recommendation.   Dkt. No. 5.   Finally, Plaintiff re-filed a document entitled

21   "Motion of Kidnapping of Alexander Wells," which had also been attached to his motion to

22   proceed *in forma pauperis*.   Dkt. No. 6 & Dkt. No. 1, Ex. 1.

ORDER DENYING IFP APPLICATION
PAGE -1

01        The Court, having reviewed the Report and Recommendation of the Honorable Mary

02  Alice Theiler, United States Magistrate Judge, Plaintiff's Response and Objection thereto,

03  Plaintiff's Motion of Kidnapping and the balance of the record, does hereby find and ORDER:

04        (1)    Although Plaintiff has paid the filing fee, he also objects to Judge Theiler's

05                 Report and Recommendation denying his motion to proceed *in forma pauperis*.

06                 Therefore, the Court does not construe Plaintiff's payment of the filing fee as a

07                 waiver of his right to object to the Report and Recommendation.   Nonetheless,

08                 the Court hereby ADOPTS the Report and Recommendation directing Plaintiff

09                 to pay the filing fee within thirty days.   Since Plaintiff has already paid the

10                 filing fee, no further action from Plaintiff with respect to the filing fee is

11                 required.

12        (2)    Plaintiff's Motion for Kidnapping of Alexander Wells (Dkt. No. 6) does not

13                 appear to require any action from the Court.   The Court construes this motion as

14                 Plaintiff's operative complaint pursuant to Federal Rule of Civil Procedure 3.

15                 If Plaintiff wishes to file a different complaint as the operative complaint in this

16                 lawsuit, he must do so in accordance with Fed. R. Civ. P. 15.

17        (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge

18                 Theiler.

19        DATED this 3 day of April 2012.

20

21                               RICARDO S. MARTINEZ
                                 UNITED STATES DISTRICT JUDGE

22

ORDER DENYING IFP APPLICATION
PAGE -2