UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY SEIP,

    Plaintiff,

v.

KING COUNTY, et al.,

    Defendants.

CASE NO. C12-0388-RSM

ORDER DENYING IN FORMA PAUPERIS APPLICATION

Plaintiff Larry Siep, proceeding *pro se,* filed this action "to find out if [he is] the father of Alexander Wells." *See* Dkt. No. 1, p. 1. Plaintiff initiated the action by filing a motion for leave to proceed *in forma pauperis.* The Honorable Mary Alice Theiler, United States Magistrate Judge, reviewed Plaintiff's motion for *in forma pauperis* status and recommended that the motion be denied. Dkt. No. 3. Shortly after Judge Theiler filed her recommendation, Plaintiff paid the $350 civil filing fee. Plaintiff also filed a "Motion of Response and Objection" to the recommendation. Dkt. No. 5. Finally, Plaintiff re-filed a document entitled "Motion of Kidnapping of Alexander Wells," which had also been attached to his motion to proceed *in forma pauperis.* Dkt. No. 6 & Dkt. No. 1, Ex. 1.

ORDER DENYING IFP APPLICATION
PAGE -1

01  The Court, having reviewed the Report and Recommendation of the Honorable Mary
02  Alice Theiler, United States Magistrate Judge, Plaintiff's Response and Objection thereto,
03  Plaintiff's Motion of Kidnapping and the balance of the record, does hereby find and ORDER:

04  (1) Although Plaintiff has paid the filing fee, he also objects to Judge Theiler's
05  Report and Recommendation denying his motion to proceed *in forma pauperis*.
06  Therefore, the Court does not construe Plaintiff's payment of the filing fee as a
07  waiver of his right to object to the Report and Recommendation. Nonetheless,
08  the Court hereby ADOPTS the Report and Recommendation directing Plaintiff
09  to pay the filing fee within thirty days. Since Plaintiff has already paid the
10  filing fee, no further action from Plaintiff with respect to the filing fee is
11  required.

12  (2) Plaintiff's Motion for Kidnapping of Alexander Wells (Dkt. No. 6) does not
13  appear to require any action from the Court. The Court construes this motion as
14  Plaintiff's operative complaint pursuant to Federal Rule of Civil Procedure 3.
15  If Plaintiff wishes to file a different complaint as the operative complaint in this
16  lawsuit, he must do so in accordance with Fed. R. Civ. P. 15.

17  (3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge
18  Theiler.

19  DATED this 3 day of April 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE