UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY SEIP,

        Plaintiff,

v.

KING COUNTY et al.,

        Defendants.

CASE NO. C12-388-RSM

DISMISSAL ORDER

On September 4, 2012, the Court granted Plaintiff leave to amend his complaint to show that the Court has subject matter jurisdiction over this action. Plaintiff timely filed a motion on October 10, 2012, construed by the Court as a motion to continue the deadline to amend. Dkt. # 16. On October 16, 2012, the Court entered a minute order granting the continuance, and directed Plaintiff to file an amended complaint within fourteen days of the Order. Dkt. # 17. Plaintiff has not yet filed an amended complaint. In both the September 4 and October 16 Orders, the Court stated that failure to adhere to the time restraints imposed by the Court would result in dismissal of Plaintiff's case. Accordingly, Plaintiff's case is hereby dismissed with

1 | prejudice for lack of subject matter jurisdiction and failure to comply with the Court's orders.

2 | The Clerk is directed to send a copy of this Order to Plaintiff.

3 |     DATED this 4th day of January 2013.

 

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE